UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel Louis Reinganum
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com
Attorneys for Debtor

Order Filed on December 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kimberly M. Lotierzo

| | |
|---|---|
| Case No.: | 22-17086-ABA |
| Hearing Date: | December 13, 2022 |
| Chapter: | 13 |
| Judge: | Altenburg |

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3), is **ORDERED**.

**DATED: December 13, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____10 Webster Avenue, Stratford, NJ 08084_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☐  In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| |
|---|
| Name of professional: |
| Amount to be paid: |
| Services rendered: |

**OR**:  ☒ Anticipated Professional Fees (Realtor/Attorney) in the amount of $15,480 shall be paid to the Attorney Trust Account of McDowell Law, PC and any professional fees shall be subject to Bankruptcy Court Approval.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $\_\_\_\_\_0\_\_\_\_\_ claimed as exempt may be paid to the Debtor.

6. ~~The ☐ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.~~

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ ~~The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.~~

9. Other provisions:

    1. The 14 day stay of effectiveness of this order pursuant to Bankruptcy Rule 6004(h) is waived.
    2. This order shall be effective upon its entry.
    3. Any short payoff must be approved by the secured creditor.
    4. The sale of the Real Property shall occur within ninety (90) days from the entry of this Order Authorizing Sale.
    5. If the Debtor's Chapter 13 Plan has not been confirmed, then the Chapter 13 Trustee shall join in the execution of the Deed conveying the Real Property.

*rev.1/12/22*