Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−17086−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly M. Lotierzo
   703 Zion Branch Road
   Saluda,, VA 23149

Social Security No.:
   xxx−xx−6208

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     5/11/23
Time:     02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Daniel L Reinganum, Debtor's Attorney, period: 5/12/2022 to 4/7/2023.

COMMISSION OR FEES
fee: $1,200.00.

EXPENSES
$0.00.

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 10, 2023
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kimberly M. Lotierzo  
    Debtor

Case No. 22-17086-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Apr 10, 2023      Form ID: 137      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly M. Lotierzo, 703 Zion Branch Road, Saluda,, VA 23149-2545 |
| r | + | Nekesha Lewis, Homesmart First Advantage Realty, 215 Fries Mill Road, Turnersville, NJ 08012-2021 |
| 519699372 | + | Borough of Stratford, Attn: Tax Office, 307 Union Avenue, Stratford, NJ 08084-1313 |
| 519837943 | + | Community Loan Servicing LLC, Brian K. Jordan, Aldridge Pite, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 519699386 | + | Schiller, Knapp, Lefkowitz & Hertzel LLP, Attn: ELLIOT E. SMELTZER, ESQ., 716 Newman Springs Road, Suite 372, Lincroft, NJ 07738-1523 |
| 519699389 | + | Stewart C. Lotierzo, Sr., 78 South Grove Street, Sicklerville, NJ 08081-9338 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 10 2023 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 10 2023 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2023 20:33:29 | Carvana, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519699370 | ^ | MEBN | Apr 10 2023 20:28:29 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519702082 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2023 20:33:07 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519763379 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2023 20:33:29 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519699371 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 10 2023 20:30:00 | Bayview Loan Servicing, LLC, Attn: Bankruptcy Processing, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 519699373 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 10 2023 20:31:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 519702083 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2023 20:33:29 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519699374 | + | Email/Text: ocrimport@arm.bullcityfinancial.com | Apr 10 2023 20:31:00 | Bull City Financial Solutions, Attn: Bankruptcy, 2609 North Duke St, Ste 500, Durham, NC 27704-0015 |
| 519752108 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 10 2023 20:33:08 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519714176 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2023 20:33:07 | Carvana, LLC / Bridgecrest c/o AIS Portfolio |

Case 22-17086-ABA    Doc 43    Filed 04/12/23    Entered 04/13/23 00:16:22    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Apr 10, 2023 | Form ID: 137 | Total Noticed: 40 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | | Servi, PO Box 4138, Houston, TX 77210-4138 |
| 519699375 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 10 2023 20:33:30 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519707656 | | Email/Text: mrdiscen@discover.com | Apr 10 2023 20:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519699376 | + | Email/Text: mrdiscen@discover.com | Apr 10 2023 20:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519699377 | ^ | MEBN | Apr 10 2023 20:27:21 | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 519699378 | ^ | MEBN | Apr 10 2023 20:27:42 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519699379 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 10 2023 20:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519699380 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 10 2023 20:30:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519705221 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2023 20:33:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519699381 | + | Email/Text: Documentfiling@lciinc.com | Apr 10 2023 20:30:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519756776 | + | Email/Text: Documentfiling@lciinc.com | Apr 10 2023 20:30:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519699384 | | Email/Text: ml-ebn@missionlane.com | Apr 10 2023 20:30:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519713410 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 10 2023 20:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519699382 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 10 2023 20:31:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519699383 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 10 2023 20:31:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519699385 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2023 20:33:08 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519699387 | | Email/Text: bankruptcy@springoakscapital.com | Apr 10 2023 20:30:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 519699388 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 10 2023 20:30:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519767640 | | Email/Text: bankruptcy@springoakscapital.com | Apr 10 2023 20:30:00 | Spring Oaks Capital SPV, LLC., P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 519700185 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 10 2023 20:33:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519699390 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 10 2023 20:33:28 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519699391 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 10 2023 20:33:06 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519699392 | ^ | MEBN | Apr 10 2023 20:27:54 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2023                     Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel L Reinganum | on behalf of Debtor Kimberly M. Lotierzo DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor COMMUNITY LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Regina Cohen | on behalf of Creditor Carvana LLC rcohen@lavin-law.com, mmalone@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7