Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−17086−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly M. Lotierzo
   703 Zion Branch Road
   Saluda,, VA 23149

Social Security No.:
   xxx−xx−6208

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 29, 2023.

Dated: June 29, 2023
JAN: har

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-17086-ABA

Kimberly M. Lotierzo  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: plncf13 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly M. Lotierzo, 703 Zion Branch Road, Saluda,, VA 23149-2545 |
| r | + | Nekesha Lewis, Homesmart First Advantage Realty, 215 Fries Mill Road, Turnersville, NJ 08012-2021 |
| 519699372 | + | Borough of Stratford, Attn: Tax Office, 307 Union Avenue, Stratford, NJ 08084-1313 |
| 519699386 | + | Schiller, Knapp, Lefkowitz & Hertzel LLP, Attn: ELLIOT E. SMELTZER, ESQ., 716 Newman Springs Road, Suite 372, Lincroft, NJ 07738-1523 |
| 519699389 | + | Stewart C. Lotierzo, Sr., 78 South Grove Street, Sicklerville, NJ 08081-9338 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 29 2023 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 29 2023 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2023 21:18:49 | Carvana, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519699370 | ^ | MEBN | Jun 29 2023 21:01:10 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519702082 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2023 21:29:31 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519763379 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2023 21:18:34 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519699371 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 29 2023 21:10:00 | Bayview Loan Servicing, LLC, Attn: Bankruptcy Processing, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 519699373 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 29 2023 21:12:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 519702083 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2023 21:18:33 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519699374 | + | Email/Text: ocrimport@arm.bullcityfinancial.com | Jun 29 2023 21:13:00 | Bull City Financial Solutions, Attn: Bankruptcy, 2609 North Duke St, Ste 500, Durham, NC 27704-0015 |
| 519752108 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2023 21:18:54 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519714176 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2023 21:18:49 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |

Case 22-17086-ABA    Doc 49    Filed 07/01/23    Entered 07/02/23 00:16:19    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: plncf13 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519837943 | + | Email/Text: ecfbnc@aldridgepite.com | Jun 29 2023 21:11:00 | Community Loan Servicing LLC, Brian K. Jordan, Aldridge Pite, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 519699375 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2023 21:18:39 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519707656 | | Email/Text: mrdiscen@discover.com | Jun 29 2023 21:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519699376 | + | Email/Text: mrdiscen@discover.com | Jun 29 2023 21:10:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519699377 | | Email/Text: bankruptcycourts@equifax.com | Jun 29 2023 21:11:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 519699378 | ^ | MEBN | Jun 29 2023 21:00:30 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519699379 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2023 21:11:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519699380 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2023 21:10:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519705221 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2023 21:18:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519699381 | + | Email/Text: Documentfiling@lciinc.com | Jun 29 2023 21:10:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519756776 | + | Email/Text: Documentfiling@lciinc.com | Jun 29 2023 21:10:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519699384 | | Email/Text: ml-ebn@missionlane.com | Jun 29 2023 21:10:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519713410 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2023 21:12:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519699382 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2023 21:12:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519699383 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2023 21:12:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519699385 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2023 21:18:47 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519699387 | | Email/Text: bankruptcy@springoakscapital.com | Jun 29 2023 21:10:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 519699388 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 29 2023 21:11:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519767640 | | Email/Text: bankruptcy@springoakscapital.com | Jun 29 2023 21:10:00 | Spring Oaks Capital SPV, LLC., P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 519700185 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 21:19:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519699390 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 21:18:32 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519699391 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 21:18:52 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519699392 | ^ | MEBN | Jun 29 2023 21:00:37 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 35

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jun 29, 2023 | Form ID: plncf13 | Total Noticed: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

**Name** | **Email Address**

Daniel L Reinganum
 on behalf of Debtor Kimberly M. Lotierzo DanielR@McDowellLegal.com
 tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com

Denise E. Carlon
 on behalf of Creditor COMMUNITY LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
 on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
 ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jennifer R. Gorchow
 on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Regina Cohen
 on behalf of Creditor Carvana LLC rcohen@lavin-law.com, mmalone@lavin-law.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7