**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN**

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 West Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**
**tegner@mcdowelllegal.com**

---------------------------------------------------------------X
| | | |
|---|---|---|
| **In re:** | : | Chapter 13 |
| | : | |
| **Kimberly M. Lotierzo,** | : | Case No. 22-17086 |
| | : | |
| | : | |
| | : | **Judge:** Honorable Andrew B Altenburg, Jr. |
| | : | |
| **Debtor(s).** | : | |

---------------------------------------------------------------X

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of McDowell Law, PC as attorneys for the Debtor in the above titled case.

                                                                        McDOWELL LAW, PC

| | |
|---|---|
| **/s/Daniel L. Reinganum** | **/s/Thomas G. Egner** |
| **DANIEL L. REINGANUM,** Esq. | **Thomas G. Egner,** Esq. |
| Withdrawing Attorney | Superseding Attorney |
| Dated:   August 31, 2023 | Dated:   August 31, 2023 |