| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:  **Kimberly M. Lotierzo** | Case No.: **22-17086**<br><br>Adversary No.: <br><br>Chapter: **13**<br><br>Judge: **ABA** |

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: **Kimberly M. Lotierzo**, debtor
(Example: John Smith, creditor)

Old address: 703 Zion Branch Road
Saluda VA 23149

New address: PO Box 113
Kilmarnock VA 22482

New phone no.:: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: **June 24, 2025**                              /s/ **Kimberly M. Lotierzo**
                                                              Signature

*rev. 8/1/2021*