UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas G. Egner, Esq.

McDowell Law, PC

46 West Main St.

Maple Shade, NJ 08052

Phone: 856-482-5544 / Fax: 856-482-5511

tegner@mcdowelllegal.com

**Order Filed on July 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

   Kimberly M. Lotierzo,

                Debtor.

Case No.: _22-17086-ABA_

Chapter:    13

Judge:    _Altenburg_

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

   The relief set forth on the following page is **ORDERED**.

**DATED: July 16, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been

rendered, and no objections having been raised, it is:


ORDERED that _____Thomas G. Egner_____ , the applicant, is allowed

a fee of $ _____800.00_____ for services rendered and expenses in the amount of

$_____-0-_____ for a total of $_____800.00_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.


The debtor's monthly plan is modified to require a payment of $_____ per month for

_____ months to allow for payment of the above fee.

*rev.8/1/15*