UNITED STATES BANKRUPTCY CO
DISTRICT OF NEW JERSEY
CAMDEN

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

**Order Filed on July 22, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

---------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Kimberly Lotierzo, | : | Case No. 22-17086 |
| | : | |
| | : | Hearing Date: July 22, 2025 at 10:00 A.M. |
| | : | |
| | : | Judge: Honorable Andrew B Altenburg, Jr. |
| Debtor(s). | : | |

---------------------------------------------------------------X

### ORDER APPROVING POST PETITION VEHICLE FINANCING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: July 22, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtors:  Kimberly Lotierzo
Case No.:  22-17086
Caption:  Order Approving Post Petition Vehicle Financing
Page 2 of 2

**THIS MATTER** having been opened to the Court by Thomas G. Egner, Esquire, attorney for the debtors herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof it is hereby;

ORDERED that the debtor(s) be and hereby are allowed to proceed with the proposed financing pursuant to the terms outlined in the debtor's certification in support of the Motion; and it is further

ORDERED that the Chapter 13 trustee shall be provided with a copy of the fully executed Vehicle Financing Agreement within seven (7) days of the closing of the agreement.