Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−17086−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kimberly M. Lotierzo
  PO Box 113
  Kilmarnock, VA 22482

Social Security No.:
  xxx−xx−6208

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 24, 2025.


Dated: July 24, 2025
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 22-17086-ABA

Kimberly M. Lotierzo                                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 3
Date Rcvd: Jul 24, 2025 | Form ID: plncf13 | Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly M. Lotierzo, PO Box 113, Kilmarnock, VA 22482-0113 |
| r | + | Nekesha Lewis, Homesmart First Advantage Realty, 215 Fries Mill Road, Turnersville, NJ 08012-2021 |
| 519699372 | + | Borough of Stratford, Attn: Tax Office, 307 Union Avenue, Stratford, NJ 08084-1313 |
| 519699386 | + | Schiller, Knapp, Lefkowitz & Hertzel LLP, Attn: ELLIOT E. SMELTZER, ESQ., 716 Newman Springs Road, Suite 372, Lincroft, NJ 07738-1523 |
| 519699389 | + | Stewart C. Lotierzo, Sr., 78 South Grove Street, Sicklerville, NJ 08081-9338 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 24 2025 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 24 2025 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 24 2025 21:04:51 | Carvana, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519699370 | ^ | MEBN | Jul 24 2025 20:50:34 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519702082 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 24 2025 21:04:43 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519763379 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 24 2025 21:04:10 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519699371 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 24 2025 20:58:00 | Bayview Loan Servicing, LLC, Attn: Bankruptcy Processing, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 519699373 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 24 2025 21:00:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 519702083 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 24 2025 21:04:11 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519699374 | + | Email/Text: ocrimport@arm.bullcityfinancial.com | Jul 24 2025 21:00:00 | Bull City Financial Solutions, Attn: Bankruptcy, 2609 North Duke St, Ste 500, Durham, NC 27704-0015 |
| 519752108 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 24 2025 21:03:42 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519714176 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 24 2025 21:03:37 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |

Case 22-17086-ABA    Doc 73    Filed 07/26/25    Entered 07/27/25 00:15:20    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2025 | Form ID: plncf13 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519837943 | + | Email/Text: ecfbnc@aldridgepite.com | Jul 24 2025 20:59:00 | Community Loan Servicing LLC, Brian K. Jordan, Aldridge Pite, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 519699375 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 24 2025 21:04:02 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519707656 | | Email/Text: mrdiscen@discover.com | Jul 24 2025 20:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519699376 | + | Email/Text: mrdiscen@discover.com | Jul 24 2025 20:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519699377 | | Email/Text: bankruptcycourts@equifax.com | Jul 24 2025 20:59:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 519699378 | ^ | MEBN | Jul 24 2025 20:49:46 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519699379 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 24 2025 20:59:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519699380 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2025 21:04:31 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519705221 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2025 21:03:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519699381 | + | Email/Text: Documentfiling@lciinc.com | Jul 24 2025 20:58:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519756776 | + | Email/Text: Documentfiling@lciinc.com | Jul 24 2025 20:58:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519699384 | | Email/Text: ml-ebn@missionlane.com | Jul 24 2025 20:58:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519713410 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 24 2025 21:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519699382 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 24 2025 21:00:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519699383 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 24 2025 21:00:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520207289 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2025 21:15:23 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520207290 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2025 21:03:40 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519699385 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2025 21:04:13 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519767640 | | Email/Text: bankruptcy@springoakscapital.com | Jul 24 2025 20:58:00 | Spring Oaks Capital SPV, LLC., P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 519699387 | | Email/Text: bankruptcy@springoakscapital.com | Jul 24 2025 20:58:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 519699388 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 24 2025 20:58:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519700185 | ^ | MEBN | Jul 24 2025 20:51:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519699390 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 24 2025 21:15:21 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519699391 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 24 2025 21:04:43 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po |

Case 22-17086-ABA   Doc 73   Filed 07/26/25   Entered 07/27/25 00:15:20   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2025 | Form ID: plncf13 | Total Noticed: 42 |

| | | |
|---|---|---|
| 519699392   ^ MEBN | Jul 24 2025 20:49:57 | Box 965060, Orlando, FL 32896-5060 TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor COMMUNITY LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Regina Cohen | on behalf of Creditor Carvana LLC rcohen@lavin-law.com |
| Thomas G. Egner | on behalf of Debtor Kimberly M. Lotierzo tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7