UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     **Kimberly M. Lotierzo**

Case No.:          **22-17086**

Adversary No.: 

Chapter:           **13**

Judge:             **ABA**

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:  __Kimberly M. Lotierzo, debtor_____
(Example: John Smith, creditor)

Old address:     PO Box 113
                 Kimlarnock VA 22482


New address:     703 Zion Branch Road
                 Saluda VA  23149


New phone no.:: _____
                (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  **October 22, 2025**_____          /s/ **_Kimberly M. Lotierzo_**_____
                                              Signature

*rev. 8/1/2021*